UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KARI BERCEGEAY** | * CIVIL ACTION |
| **Plaintiff** | * |
| **VERSUS** | * NO. |
| | * |
| **AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY** | * JUDGE |
| **Defendant** | * MAGISTRATE JUDGE |

## NOTICE OF REMOVAL

Defendant, American Modern Property and Casualty Insurance Company ("American Modern"), appearing through undersigned counsel with a full reservation of rights, files this notice of removal of the above captioned action to the United States District Court for the Middle District of Louisiana, from the Twenty-Third Judicial District Court for the Parish of Ascension, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, *et seq*., and respectfully shows the following:

1.

On November 9, 2022, plaintiff, Kari Bercegeay, filed this action in the Twenty-Third Judicial District Court for the Parish of Ascension, State of Louisiana, captioned "*Kari Bercegeay versus American Modern Property and Casualty Insurance Company*," (the "Petition") bearing Docket Number 135,567, B. A copy of the Petition is attached hereto in accordance with 28 U.S.C. § 1446 as Exhibit "1."

2.

American Modern was served through the Louisiana Secretary of State on November 28, 2022. *See* Exhibit "2," Louisiana Secretary of State Service Return. Thus, this Notice of Removal of the case to the United States District Court is timely filed, it being filed no more than thirty (30) days after service of the Petition, in accordance with 28 U.S.C. §§ 1441 and 1446.

3.

This Court has original jurisdiction over this matter under 28 U.S.C. § 1332, as this is a civil action between citizens of different states and the matter in controversy, based on the allegations of the Petition, exceeds $75,000.00 exclusive of interest and costs.

4.

Plaintiff, Kari Bercegeay ("Bercegeay"), is a resident of Louisiana. *See* Exhibit "1," Petition, ¶ 1. American Modern is an Ohio corporation with its principal place of business in Cincinnati, Ohio. *See* Exhibit "3," Ohio Secretary of State Records. There are no other defendants. Therefore, there is complete diversity between plaintiff and defendant.

5.

In the Petition, Bercegeay alleges that American Modern provided insurance for property she owned located at 12362 Samual Babin, Gonzales, Louisiana 70737 ("Property"). *See* Exhibit "1," Petition ¶ 5. According to Bercegeay, her residence was significantly damaged by Hurricane Ida, entitling her to dwelling coverage, contents, and loss of use. *See* Exhibit "1," Petition ¶¶ 7, 15. Bercegeay further alleges that American Modern's failure to timely pay for the damages was in bad faith, entitling Bercegeay to penalties and attorneys' fees under La. R.S. 22:1892 and 1973. *See* Exhibit "1," Petition ¶¶ 39-46. Bercegeay claims that American Modern is liable to Bercegeay for breach of contract and bad faith, entitling her to damages including but not limited to the

following damages: diminution in value of the property, actual repair costs, reimbursement for personal repairs at the property, costs for cleaning and replacement, additional living expenses, mental anguish, bad faith penalties, and attorney's fees and costs. *See* Exhibit "1," Petition ¶ 48.

6.

It is facially apparent that the matter in controversy exceeds $75,000.00 exclusive of interest and costs. In the Petition, Bercegeay asserts that the American Modern policy includes the following limits of insurance: $45,000 for Dwelling; $4,500 for other structures; $18,000 for personal property coverage; and $4,5000 for loss of use. Exhibit "1," Petition, ¶¶ 5, 6. Bercegeay further alleges that it retained Complete Adjuster Services ("CAS") to inspect the Property, and CAS prepared a damage estimate of $109,331.28 in damages to the dwelling; $3,547.70 in damages to contents; and $29,190.00 for loss of use. *See* Exhibit "1," Petition, ¶ 15. According to Bercegeay, American Modern only tendered payment of $10,041.06 for damages to. *See* Exhibit "1," Petition, ¶¶ 5, 11. Thus, subtracting the alleged amount paid from the dwelling limits and including $3,547.70 in damages for contents and the entire limit for loss of use, or $4,500, the minimum amount in controversy for the Property is $43,006.64, not including alleged statutory bad faith damages and attorney's fees. Given that the amount in controversy with respect to policy proceeds alone is $43,006.64, and that Bercegeay is additionally seeking statutory bad faith penalties and attorneys' fees, the amount in controversy easily exceeds $75,000. *See, e.g., Doyle v. Allstate Insurance Co.*, No. 06-1521, 2006 WL 3916579, at *1 (W.D. La. Nov. 29, 2006) (factoring at least $15,000 in attorneys' fees on a $60,000 bad faith claim); *see also Washington v. Liberty Mut. Fire Ins. Co.,* No. 6:12 CV 0746, 2012 WL 3096046, at *3 -4 (W.D. La. July 30, 2012) (policy limits of $38,296.00 plus penalties and attorneys' fees was sufficient to satisfy amount in controversy requirement).

Page 3

7.

Bercegeay also refers to a $142,068.98 pre-suit demand, demonstrating that Bercegeay is seeking in excess of the required amount in controversy required for federal jurisdiction. *See* Exhibit "1," Petition, ¶ 16.

8.

Thus, this Court has original jurisdiction over this action, and this case may be properly removed to this Court pursuant to 28 U.S.C. § 1441(a), in that the captioned matter is a "civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different states." 28 U.S.C. § 1332(a).

9.

American Modern has provided notice to Bercegeay through delivery of a copy of this Notice and the state court Notice of Filing of Notice of Removal to Bercegeay's counsel of record and also has provided notice to the Clerk of Court for 23rd Judicial District Court for the Parish of Ascension through the filing of this Notice and the Notice of Filing of Notice of Removal into the record of the state court action. The Notice of Filing of Notice of Removal is attached hereto as Exhibit "4."

WHEREFORE, defendant, American Modern Property and Casualty Insurance Company, prays that this matter be removed to the United States District Court for the Western District of Louisiana for further proceedings and disposition.

    Respectfully submitted,

    **BAKER DONELSON BEARMAN**
    **CALDWELL & BERKOWITZ, PC**

BY:     /s/   *Lauren E. Burk*
     MATTHEW A. WOOLF (#27146)
     TESSA P. VORHABEN (#31293)
     LAUREN E. BURK (#34470)
     FRANK B. O'HALE (#39669)
     201 St. Charles Avenue, Suite 3600
     New Orleans, Louisiana  70170
     Telephone:  (504) 566-5200
     Facsimile:  (504) 636-4000
     Email    mwoolf@bakerdonelson.com
             tvorhaben@bakerdonelson.com
             lburk@bakerdonelson.com
             fohale@bakerdonelson.com

**ATTORNEYS FOR AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record via electronic mail or U.S. Mail, properly addressed and first-class postage prepaid this 28th day of December, 2022.

        /s/   *Lauren E. Burk*
        LAUREN E. BURK